UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IVETTE DEL SOCORRO MIRANDA TALAVERA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-01582-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.     The petition is granted;

2.     Respondents are enjoined from continuing to detain Petitioner unless no later than **May 14, 2026**, she is provided with a bond hearing under 8 U.S.C. § 1226(a) at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings; and

3.    The Clerk of Court is directed to close this case.

DATED: May 7, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE